UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNADENE M. FISK, | )<br>)<br>) |
| Plaintiff | ) |
| v. | ) Case No.: 1:12-cv-00812-NAM-CFH |
| NORTHSTAR LOCATION SERVICES, LLC, | )<br>)<br>) |
| Defendant | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party. The parties hereby affirm that no one is an infant and incompetent.

| | |
|---|---|
| /S/ John P. Gaughan | /S/ Craig Thor Kimmel |
| John P. Gaughan, Esquire | Craig Thor Kimmel, Esquire |
| Hiscock & Barclay, LLP | Attorney ID # 2790038 |
| 1100 M&T Center | Kimmel & Silverman, P.C. |
| 3Fountain Plaza | 30 E. Butler Pike |
| Buffalo, NY 14203 | Ambler, PA 19002 |
| Phone: (716) 566-1300 | Phone: (215) 540-8888 |
| Facsimile: (716) 846-1220 | Facsimile: 877-788-2864 |
| Email: jgaughan@hblaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: January 24, 2013 | Date: January 24, 2013 |

BY THE COURT:

_[signature]_
USDJ NYND J.
Jan 29, 2013